UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
JOSEPH ZAPPIA, *individually and on behalf of all* :
*others similarly situated*, :
:
                              Plaintiff, :        24 Civ. 32 (JPC)
:
      -v- :        ORDER
:
GAN LIMITED *et al.*, :
:
                           Defendants. :
:
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      In light of Plaintiff's representation to the Court that Defendant GAN Limited has retained counsel in this matter, Defendant GAN Limited is ordered to file a letter of no longer than three pages advising the Court as to its views on the proposed expedited discovery and preliminary injunction hearing request, Dkt. 6, and the timelines for each (including a deadline for any opposition to the preliminary injunction motion) by January 22, 2024, at 12:00 p.m.  Plaintiff shall serve the Summons, Complaint, preliminary injunction motion papers, and this Order on Defendants, via their counsel, by email no later than today at 5:00 p.m.

      SO ORDERED.

Dated: January 18, 2024
       New York, New York
                                                           JOHN P. CRONAN
                                                     United States District Judge